**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1393**

JOE EDWARDS TEAGUE, JR.,

Plaintiff - Appellant,

v.

ARTHUR L. GEPNER, for Cherokee Federal d/b/a CN3S; BOBBY DETTMER, Flux Resources LLC; CLINT BUCKLEY, Flux Resources LLC; ELLIE MUHR, Flux Resources LLC; KATARINA HARDING, DEMSI; SETH WAGNER, Cherokee Federal d/b/a CN3S,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-cv-00436-BO-BM)

Submitted:  September 19, 2024                    Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Edwards Teague, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Edwards Teague, Jr., seeks to appeal the district court's orders adopting the magistrate judge's recommendation to dismiss, on 28 U.S.C. § 1915 review, Teague's civil complaint and denying what the court appropriately construed as a Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Teague v. Gepner*, No. 5:22-cv-00436-BO-BM (E.D.N.C. Jan. 19, 2024; Apr. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*